IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEPHEN DIRK PULLIAM**                                                      **PLAINTIFF**

v.                              No. 4:13CV00193 KGB

**MUTUAL OF OMAHA INSURANCE COMPANY**
**and BKD, LLP LONG TERM DISABILITY PLAN**                    **DEFENDANTS**

## ORDER

Based on the parties' written communication to the Court that this matter has settled, all pending motions are denied as moot. This case will remain open until the parties submit dismissal paperwork and the Court enters an order of dismissal and final judgment.

SO ORDERED this 22nd day of October, 2013.

_____
Kristine G. Baker
United States District Judge