# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STEPHEN DIRK PULLIAM**                                                    **PLAINTIFF**

v.                            **Case No. 4:13-cv-00193 KGB**

**MUTUAL OF OMAHA INSURANCE COMPANY**
**and BKD, LLP LONG TERM DISABILITY PLAN**                    **DEFENDANTS**

## ORDER

The parties have stipulated that they have settled this case (Dkt. No. 16). The parties stipulate that the complaint should be dismissed with prejudice and that each party bear its own costs and attorneys' fees. Therefore, the Court finds that this case should be dismissed with prejudice. The complaint and all claims in this action against defendants are hereby dismissed with prejudice.

SO ORDERED this 6th day of November, 2013.

_____
Kristine G. Baker
United States District Judge